UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00103 |
| | ) | JUDGE CAMPBELL |
| KEVIN EUGENE PEEL | ) | |

ORDER

Pending before the Court is the Government's Motion to Dismiss (Docket No. 74) the Indictment with prejudice as to Defendant Kevin Eugene Peel. The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE